UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RALPH DUSSE** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-8609** |
| **HARTFORD INSURANCE COMPANY** | **SECTION: "K"(5)** |

### ORDER

Before the Court is Plaintiff's Motion to Remand (Rec.Doc.No. 5), wherein Plaintiff contends that the amount in controversy requirement is not met for the purposes of exercising subject matter jurisdiction under 28 U.S.C. § 1332 (diversity). The Court has previously addressed the amount in controversy requirement in the context of a motion to remand in *Rush v. American Security Ins. Co.*, No. 06-5345 (E.D. La. removed Aug. 28, 2006). In *Rush*, the Court held that if it is not facially apparent from the state court pleading that the amount in controversy exceeds $75,000, then the defendant must show by a preponderance of evidence that such is the case. *Id.*, at p. 6. If Defendant meets this burden, Plaintiff must show to a legal certainty that the claim does not exceed $75,000. *Id.*

Here, it is apparent from the face of the petition that the amount in controversy exceeds

$75,000, as Plaintiff alleges that during Hurricane Katrina and its aftermath, "[t]he house sustained severe wind damage, roof damage, ceiling damage and looting." *See* Notice of Removal, Petition, at ¶ II. Moreover, Plaintiff seeks fees and penalties under Louisiana law for the arbitrary and capricious denial of insurance proceeds. *Id.*, at ¶ VI. The Court finds that the allegations of severe damage to the residence coupled with an assertion for attorney's fees and penalties is more likely than not going to exceed $75,000. Plaintiff has not shown to a legal certainty that the claim does not exceed $75,000; therefore, following the standards set forth in *Rush*, the Court finds that removal was proper and jurisdiction does exist under 28 U.S.C. § 1332. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Remand (Rec.Doc.No. 5) is **DENIED**.

New Orleans, Louisiana, on this __8th__ day of March, 2007.

**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**